### 10993.  RUSSELL *v*. CITY OF COLUMBUS.

LUKE, J.  In this case no certified copy of the bond is attached to the petition for certiorari, nor does the petition set forth the essential facts that would enable the superior court judge to decide whether a proper bond was given, and, therefore, the case falls squarely within the rule laid down in *Gillespie* v. *Macon*, 19 *Ga. App.* 1 (90 S. E. 970), and cit.  The judge of the superior court did not err in overruling the certiorari.

> *Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED MARCH 3, 1920.

Certiorari; from Muscogee superior court — Judge Howard. September 20, 1919.

*S. M. Davis,* for plaintiff in error.  *H. C. McCutchen,* contra.

---

### 11050.  JACKSON *v*. THE STATE.

LUKE, J.  The excerpt from the charge of the court is subject to the criticism that it slightly inaccurately states the inference raised against one who is found in possession of stolen goods recently after the commission of a larceny of the goods.  It does not, however, instruct the jury that recent possession creates a presumption of law that the defendant is guilty of larceny of the goods.  The charge in this case is different from the charges given in *Falvey* v. *State*, 85 *Ga.* 158 (11 S. E. 607), and *Cuthbert* v. *State*, 3 *Ga. App.* 600 (60 S. E. 322), and cit.  The charge complained of in the instant case instructs the jury that they would be authorized to presume that the defendant found in possession of the stolen property was the thief, unless his possession be explained.  In the *Cuthbert* case, supra, the jury were instructed that recent possession is a circumstance which the law considers sufficient to justify the assumption that he is the thief. The charge of the court did not mislead the jury, and the evidence authorized the conviction of the defendant, and for no reason assigned was it error to overrule the motion for a new trial.

> *Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED MARCH 3, 1920.

Indictment for misdemeanor; from Terrell superior court — Judge Worrill.   October 4, 1919.

*R. R. Jones,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.